JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| KENYON DARRELL BROWN, | ) | No. 5:21-cv-00565-RGK (JDE) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF RIALTO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Order Dismissing Action,

IT IS ADJUDGED that the action is dismissed with prejudice.


Dated:  May 20, 2021

_____
R. GARY KLAUSNER
United States District Judge